**Electronically Filed**
**Supreme Court**
**SCWC-10-0000103**
**11-MAY-2012**
**11:04 AM**

NO. SCWC-10-0000103

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

GERVEN SORINO, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI‘I, Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-10-0000103; S.P.P. NO. 09-1-0083;
(CR. NO. 00-1-1728))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Lee, in place of Duffy, J., recused)

Petitioner/Petitioner-Appellant's application for writ

of certiorari filed on March 28, 2012, is hereby rejected.

DATED:  Honolulu, Hawai‘i, May 11, 2012.

Shawn A. Luiz for
petitioner/petitioner-
appellant on the application

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Randal K. O. Lee

